UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-39219 |
| | § | |
| VITA GLASS, LP | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Joseph M. Hill, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $142,495.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $0.00 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $1,133.01 | | |

3) Total gross receipts of $1,133.01 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,133.01 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,199.96 | $1,199.96 | $1,133.01 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $10,320.93 | $10,320.93 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $1,098,659.31 | $1,098,659.31 | $0.00 |
| **Total Disbursements** | $0.00 | $1,110,180.20 | $1,110,180.20 | $1,133.01 |

4). This case was originally filed under chapter 7 on 12/14/2012. The case was pending for 33 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/04/2015          By:   /s/ Joseph M. Hill
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Centerpoint Energy, Logix & City of Houston Water Department | 1129-000 | $965.60 |
| Tax Refund - 941 06/2012 | 1224-000 | $167.41 |
| **TOTAL GROSS RECEIPTS** | | **$1,133.01** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cage, Hill & Niehaus L.L.P., Trustee | 2100-000 | NA | $283.25 | $283.25 | $266.88 |
| Cage, Hill & Niehaus L.L.P., Trustee | 2200-000 | NA | $61.12 | $61.12 | $57.59 |
| Integrity Bank | 2600-000 | NA | $41.46 | $41.46 | $41.46 |
| William G West, P.C., CPA, Accountant for Trustee | 3410-000 | NA | $814.13 | $814.13 | $767.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,199.96** | **$1,199.96** | **$1,133.01** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Comptroller of Public Accounts | 5800-000 | $0.00 | $1,160.68 | $1,160.68 | $0.00 |
| 9 | Texas Workforce Commission, Special Actions Unit | 5800-000 | $0.00 | $9,160.25 | $9,160.25 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$10,320.93** | **$10,320.93** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Steven Shurn, Liquidating Trustee | 7100-000 | $0.00 | $589,421.24 | $589,421.24 | $0.00 |
| 2 | TXU Energy Retail Company LLC | 7100-000 | $0.00 | $8,467.36 | $8,467.36 | $0.00 |
| 3 | CL Alloys | 7100-000 | $0.00 | $3,228.52 | $3,228.52 | $0.00 |
| 5 | Hoover Slovacek | 7100-000 | $0.00 | $167,853.38 | $167,853.38 | $0.00 |
| 6 | Eastpark Partners Limited | 7100-000 | $0.00 | $157,838.65 | $157,838.65 | $0.00 |
| 7 | Air Products and Chemicals | 7200-000 | $0.00 | $23,020.24 | $23,020.24 | $0.00 |
| 8 | Amegy Bank National Association | 7200-000 | $0.00 | $148,829.92 | $148,829.92 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,098,659.31 | $1,098,659.31 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
| --- | --- | --- | --- |
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Chase Bank Checking Account | $10.00 | $0.00 | | $0.00 | FA |
| 2  Centerpoint Energy, Logix & City of Houston Water Department | $1,900.00 | $965.60 | | $965.60 | FA |
| 3  Various account receivable, generally uncollectable, value presumed $0.00 | $0.00 | $0.00 | | $0.00 | FA |
| 4  Customer Lists, Sales Records, Telephone Numbers, and general good will. | Unknown | $0.00 | | $0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2    Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5 Thermal Dynamics MDL PAK Master 38XL Plasma Cutter, S/N: Unknown, $500.00 Timesaver 37" Belt Sander MDL 337M1, S/N: 8546, 25 HP, 10' Exit Table, $3,000.00 Rand Bright Wet Dust Collector MDL 2800CFM, S/N: 1784 -4098, 2800 CFM, $3,750.00 Bridgeport Vertical Turret Mill, S/N: 109158, Power On Longitudinal, J-Head, Pully, 2720 RPM, 9" X 42" Table, $1,750.00 Jancy Engineering MDL AL100 Belt Sander, S/N: 9900363, 4" Wide, $2,000.00 Miller Sycrowave 250 AC/DC Welder, 250 AMP, S/N: KK017655 With Wire Gun, $1,000.00 Delta 20" Drill Press (Pedestal) 14" X 16" Table, 1HP, S/N: Unknown, $250.00 2 Pieces Jobox Storage Box MDL 1-654990, $300.00 Dayton 350,000 BTU Oil Fire Portable Heater, MDL 3E358B, $500.00 40" Heat Buster Shop Fans, $450.00 Do-All MDL C-916S 9" X 16" Horizontal Bandsaw, S/N: 529 -98701, New 1998, In-Feed and Exit Table - Approx 10', 158" Blade Length, $2,500.00 Delta MDL 23-645 6" Double End Grinder (On Stand), $50.00 Tennsmith 22 Gauge Hand Role MDL SR36, S/N: 16081, 36" Length, $450.00 Therma Dynamics MDL 100 Custmaster Plasma Cutter, S/N: 01Z892H, $750.00 Swivil Metal Cutting Bandsaw, S/N: 13793, New 2006, 90 Degree Mitre, 1/2" Blade, 4" X 6", $300.00 Jet MDL JSG-60C Belt Sander Disc Grinder, S/N: D6038065, 1-1/2 HP, Stock#708599, 6-1/2" X 12" Disc, $500.00 Millermatic MDL 251 200 Amp Wire Welder Gun, $1,400.00 Millermatic MDL 300 300 Amp | $142,485.00 | $0.00 | OA | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3    Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
|  |  | Claims Bar Date: | 05/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Wire Welder Gun, $450.00 Miller MDL XMT304 Wire Welder, S/N: LJ250546A, $1,500.00 Millermatic MDL 250 200 Amp Welder, $500.00 Syncrowave MDL 250 DX-CC AC/DC 200 Amp Welder, S/N: LB002042, $2,500.00 Reddy Heater 60,000 BTU Portable Warehouse Heater, $75.00 Miller Syncrowave MDL 250DX Welder with Wire Gun, S/N: LF252193, $2,500.00 Milwaukee Magnetic Drill, Portable, 9" Stroke, $1,200.00 Dewalt Radial Arm Table Saw, 35" Capacity, 18" Travel, $1,200.00 Dewalt Chop Saw MDL DW871, S/N: 400716, 14" Blade, $100.00 Tool Exchange Drill Press MDL 60117, S/N: 1175260, New 2000, 16" Capacity, $100.00 Miller MDL 250 CC AC/DC Welding Power Supply with Gun, S/N: KK221650, 200 Amp, $1,000.00 Glass Washer, Billco, 84" Wide, S/N: 97110, W/Pass Through Conveyor, Pumps, Blowers, Brushes, Heaters, etc., $12,500.00 Paint Booth, Ktech, Approx. 15' Wide X 25' Long X8' High, W/exhaust, explosion proof lights, automatic fire extinguishing System, Guns, Hoses, Regulators, $7,500.00 Glass Bender, Casso-Solar Corp., W/35" X 31" X 33" Cabinet, Controls, Stand, etc., S/N: 34234, $3,500.00 Etching Machine, Fratelli Pezza MDL Mistral 200, S/N: 260198, (New 1998), Approx. 120" High X 220" Long, W/Dust Collector, $6,000.00 Etching Machine, Fratelli MDL Mistral 200, S/N: 100996, (New 1996), Approx. 120" High X 220" Long, W/Dust Collector, $6,000.00 Jib Crane, Floor Bolted, 1-Ton | | | | | |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4      Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Capacity, W/Dayton 1/2 Ton Capacity, Electric Hoist, $500.00 2 Glass Handling Unit, Woods Power-Grip MDL NR411LACS, 500# Capacity, (New 2008), $1,500.00 Bridge Crane, W/Approx. 40' Span, 4-Ton Capacity, Single Girder, Under Hung, W/CM Loadstar 3-Ton Capacity, Underhung Electric Hoist W/Pendant Controls, Approx. 60' of Independtly Framed Runway, $7,500.00 Drill Press, Delta, Floor Type MDL 17-965, S/N: 020882W2034, $150.00 Misc. Tools in storage room inclusing but not limited to, Dewalt Portable Compressors, Industrial Vacuums, Horizontal Band Saws, Spray Rigs, Battery Chargers, Combination Sander Grinders, Chop Saws, Welders, Hand Tools, etc., $6,000.00 2 Glass Drills, CR Laurence Co., Catalog# AMZ1; $250.00 Misc. in this entire area including but not limited to 100 Sections Adjustable Metal Shelving, Portable Stairway, File Cabinet, 35 Double Sided Glass Handling Carts, 17 Single Sided Small Glass Handling Carts, 8 Work Benches, Space Heater, 3 2-Door Metal Storage Cabinets, 4 Transfer Tables, 2 Flammable Cabinets, Pallet Jack, 16 Ladders, 2 Exhaust Fans, Jobox Portable Tool Box, 2 Combination Sanders, $5,500.00 Forklift, Clark MDL CGC50, S/N CGC470L-0017-6768FB, Approx. 5000 LB Cap., 162" Lift Height, LPG, Triple Mast, Solid Tires, $3,000.00 Manlift, 750 LB Cap., Portable, Electric, $900.00; Pickup Truck, Chevrolet Silvarado 2500HD, Vin# 1GCHC24U32Z268266 (Unit #1), 2002, | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 5                   Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| (Locked at Time of Inspection), W/Glass Handling Rack, Texas License# 24MNT7, Co. #1, $6,000.00 6 Trailers, Assorted Approx. 5' Wide X 12' Long W/Glass Racks, $2,400.00 Vertical Band Saw, Holz-Her Type 1225, S/N: 725/0-103, (New 2001), 218" Wide X Approx. 118" High, Keypad, Digital Readout, $7,500.00 Glass Handling Unit, Powersonic MDL PS-1270F2, $500.00 Boring Machine, Elumatec Type KF79, S/N 0782334178, $500.00 Boring Machine, Elumatec Type A370/44, S/N 0704451400, 2-Spindle, Horizontal, $250.00 Vertical Band Saw, Dayton MDL 2AC29D, 18", S/N 200102, $500.00 Drill Press, Delta, Floor Type, MDL 70-200, S/N 010281W1092, $150.00 Table Saw, Delta, Unisaw, MDL and S/N Not Visible, $225.00 Milling and Drilling Machine, Zay MDL 7032, S/N Not Visible, Bench Type W/Vise, $350.00 Misc. in this area including but not limited to 3 Exhaust Fans, 2 Space Heaters, 9 Work Benchs, 2 Pallet Jacks, 2-Door Metal Storage Cabinet, 5 Sections of Adjustable Metal Shelving, Double End Grinder, Portable Cart, $800.00 Misc. in north side yard inclusing but not limited to Glass Racks, Scaffolding, Portable Glass Rack, Portable Toolboxes, Scaffolding, Self Dump Hopers, Portable Metal Racks, Exhaust Fans, etc., $2,500.00 Misc. equipment in south yard including but not limited to Port-a-cool Evaporative Cooler, Metal Stands, Self Dumping Hoopers, Pallet Rack, Transfer Tables, Exhaust Fans, Ladders, etc., $1,800.00 Ingersoll Rand | | | | | |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 6     Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Rotary Screw Air Compressor with Receiver MDL SSR-EP50SE, S/N: G9203U010Z2, 215 CFM, 125 PSI, 50HP with Gardner Denver Dryer MDL 9VXRD200A4, S/N: H200B46100201008, $7,000.00 Ingersoll Rand MDL T30 Air Compressor, S/N: 00010085, 25HP, 3 Stage, $2,500.00 Tilt Saw, 10" Blade, $400.00 Surveillance Equipment, including 2 Mace Digital Video Recorders, 2 Mace Flat Screen Montiors, 3 Assorted Monitors and 3 Exxis Video Recorders, $900.00 Digital Printer, Hewlett Packard Designjet 500, $1,250.00 Printer, Hewlett Packard Laserjet 4200N, $125.00 Printer/Scanner/Copier/Fax, Hewlett Packard Laserjet 3390, $110.00 Label Printer, Datamax M-Class, $250.00 Sign Cutter, Airistol MDL 1317 Airistomat Liberty, $550.00 Sign Cutter, Airistomat MDL 1625 Liberty W/Table, $800.00 Plotter, GBC/Artic/Type, Portable, 6" Wide, $350.00 Breakroom Furniture and Equipment, Including but not limited to, GE Profile Stainless Steel Refrigerator/Freezer, GE Stainless Steel Microwave Oven, Oven W/Cook Top, GE Ice Maker, Hamilton Beach Toaster, Mr. Coffee Maker, 4 Single Pedestal Square Glass Top Tables W/Brushed Aluminum Bases, 16 Upholstered Straight Back Chairs, 5 Bar Stools, etc., $2,000.00 Copier, Xerox MDL 5818 W/Stand, $350.00 Conference Table, Double Pedestal, Brushed Aluminum Base, Glass Top, Approx. 8' Long, W/6 Upholstered Highback Executive Swivel Chairs, $1,000.00 Lobby Furniture, Including but not limitied to 3 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 7     Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | Upholstered Barrel Chairs, 3 Assorted Tables, 3 Planters, $250.00 Office Furniture throughour entire office area including but not limited to Desk, 37 Assorted Upholstered Chairs, 16 Assorted File Cabinets, 3 Portable Wire Racks, 27 Modular Work Stations, 24 Personal Computers with Flat Screen Monitors, 11 Hewlett Packard Printers, Telephone System W/26 Handsets, Ergonomic Chair, $9,800.00 | | | | | |
| Asset Notes: | Notice of Abandonment filed 01/25/13 | | | | | |
| 6 | Spray Paint System, Falcioni, Kleen Spray, S/N DA809500, (New 2008) 78" Wide W/Variable Speed Pass Through Conveyor, Single Spray Head Mounted on Overhead Gantry, W/4 Oscillating Heads Leased, Appraised Value $25,000.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 01/25/13 | | | | | |
| 7 | Paint Mixing System, Kremlin, Stand Mounted, W/1 Kremlin Type 20-25 Pump and 3 Kremlin Type 20-50 Pumps, Leased, Appraised Value $5,000.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 01/25/13 | | | | | |
| 8 | Glass Polisher, Schiatti Angelo MDL FPS-15-RS-150, S/N: 150, (New April 2007), 11 Head, W/Keypad, Digital Readout, Leased, Appraised Value, $19,500.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 01/25/13 | | | | | |
| 9 | Forklift, Clark MDL CGC70, S/N: CCC470L0041CEF9613, Unknown 4500# Capacity, 174" Lift Height, Side Shifter, LPG, Leased, Appraised Value, $7,500.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | Notice of Abandonment filed 01/25/13 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 8    Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10  Digital Printer, Digitec MDL KIP3002, S/N: Not Visible, Leased, Appraised Value, $900.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 01/25/13 | | | | | |
| 11  Copier, Toshiba MDL E-Studio 452 Console Type, Leased, Appraised Value, $750.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 01/25/13 | | | | | |
| 12  Forklift, Clark MDL CMC15L, S/N: CMC158L-6853KF, 189" Unknown Lift, Solid Tires, LPG, 3000 LB Capacity, Leased, Appraised Value, $1,750.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 01/25/13 | | | | | |
| 13  Copier, Toshiba MDL E-167, Not Physically Inspected, From List Provided by Principal, Leased, Appraised Value, $250.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 01/25/13 | | | | | |
| 14  Misc. Equipment including but not limited to Altonix SMP5, National NL-T1640, Takex America PB-IN-100HF & Takex PB-IN200HF, Not pHysicaly Inspected, From List Provided by Principal, Leased, Appraised Value, $850.00 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 01/25/13 | | | | | |
| 15  Service and Supply contracts, Stargel Office Solutions, Leased, No Value | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 01/25/13 | | | | | |
| 16  Xerox Copier Maintence Agreement, Refers to MDL 5818TA, No Value | $0.00 | $0.00 | OA | $0.00 | FA |
| Asset Notes: Notice of Abandonment filed 01/25/13 | | | | | |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 9            Exhibit 8

| Case No.: | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
| Case Name: | VITA GLASS, LP | Date Filed (f) or Converted (c): | 12/14/2012 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 01/08/2013 |
| | | Claims Bar Date: | 05/02/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 | Debtor owns trade names or Trademarks for the following namse and symbols used in the business of specialty glass manufacture: Vision; SysPend; SysTain; SysScribe; and the mark "V" for Vision. There is no known value for these trade names and trademarks. The preservation of exclusivity for the names and trademarks requires periodic renewal payment which is presently due. (u) | Unknown | $0.00 | | $0.00 | FA |
| Asset Notes: | added to amended 01/14/13 (doc #10-1) | | | | | |
| 18 | Tax Refund - 941 06/2012 (u) | $0.00 | $167.41 | | $167.41 | FA |

**TOTALS (Excluding unknown value)**

|  | $856,820.00 | $1,133.01 | | $1,133.01 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**
TFR submitted to UST on 02/16/15.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2014 | **Current Projected Date Of Final Report (TFR):** | 12/31/2014 | /s/ JOSEPH HILL |
| | | | | JOSEPH HILL |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | VITA GLASS, LP | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7088 | Checking Acct #: | ******9219 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/14/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/4/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/18/2013 | (2) | CenterPoint Energy Entex | deposit refund; Acct #8528873; ck #0478587 dated 12/28/12 fwd by Sternat dated 01/14/13 | 1129-000 | $965.60 | | $965.60 |
| 01/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.50 | $965.10 |
| 02/28/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.40 | $963.70 |
| 03/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.55 | $962.15 |
| 04/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.50 | $960.65 |
| 05/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.54 | $959.11 |
| 06/21/2013 | (18) | United States Treasury | 941 refund 06/2012 | 1224-000 | $167.41 | | $1,126.52 |
| 06/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.58 | $1,124.94 |
| 07/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.81 | $1,123.13 |
| 08/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.81 | $1,121.32 |
| 09/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.75 | $1,119.57 |
| 10/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.80 | $1,117.77 |
| 11/30/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.74 | $1,116.03 |
| 12/31/2013 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.80 | $1,114.23 |
| 01/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.79 | $1,112.44 |
| 02/28/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.62 | $1,110.82 |
| 03/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.79 | $1,109.03 |
| 04/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.73 | $1,107.30 |
| 05/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.78 | $1,105.52 |
| 06/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.72 | $1,103.80 |
| 07/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.77 | $1,102.03 |
| 08/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.77 | $1,100.26 |
| 09/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.71 | $1,098.55 |
| 10/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.77 | $1,096.78 |
| 11/30/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.71 | $1,095.07 |
| 12/31/2014 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.76 | $1,093.31 |
| 01/31/2015 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1.76 | $1,091.55 |
| | | | **SUBTOTALS** | | $1,133.01 | $41.46 | |

Page No: 2     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-39219-H2-7 | | Trustee Name: | Joseph Hill |
|---|---|---|---|---|
| Case Name: | VITA GLASS, LP | | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7088 | | Checking Acct #: | ******9219 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 12/14/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/4/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/27/2015 | 5001 | Cage, Hill & Niehaus L.L.P. | Trustee Compensation | 2100-000 | | $266.88 | $824.67 |
| 07/27/2015 | 5002 | Cage, Hill & Niehaus L.L.P. | Trustee Expenses | 2200-000 | | $57.59 | $767.08 |
| 07/27/2015 | 5003 | William G West, P.C., CPA | Final Distribution; Pro-rated accountant fees | 3410-000 | | $767.08 | $0.00 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $1,133.01 | $1,133.01 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $1,133.01 | $1,133.01 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $1,133.01 | $1,133.01 | |

| For the period of 12/14/2012 to 9/4/2015 | | For the entire history of the account between 01/18/2013 to 9/4/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,133.01 | Total Compensable Receipts: | $1,133.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,133.01 | Total Comp/Non Comp Receipts: | $1,133.01 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,133.01 | Total Compensable Disbursements: | $1,133.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,133.01 | Total Comp/Non Comp Disbursements: | $1,133.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-39219-H2-7 | Trustee Name: | Joseph Hill |
|---|---|---|---|
| Case Name: | VITA GLASS, LP | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***7088 | Checking Acct #: | ******9219 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 12/14/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/4/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,133.01 | $1,133.01 | $0.00 |

| For the period of 12/14/2012 to 9/4/2015 | | For the entire history of the case between 12/14/2012 to 9/4/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,133.01 | Total Compensable Receipts: | $1,133.01 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,133.01 | Total Comp/Non Comp Receipts: | $1,133.01 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,133.01 | Total Compensable Disbursements: | $1,133.01 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,133.01 | Total Comp/Non Comp Disbursements: | $1,133.01 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |